**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STEVEN MARIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2009 C 3050 |
| ) | 2009 C 6161 |
| ) | Consolidated |
| v. ) | |
| ) | Judge Feinerman |
| CATHY C. ANDERSON, AMY W. MYSEL, ) | |
| and TRUE VALUE COMPANY, ) | |
| ) | |
| Defendants. ) | |

**AMENDED NOTICE OF MOTION**

**TO:** David L. Lee
Law Offices of David L. Lee
53 W. Jackson Blvd., Suite 660
Chicago, IL  60604-3453

    **PLEASE TAKE NOTICE** that on Tuesday, January 4, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable U.S. District Court Judge Gary Feinerman, or any judge sitting in his stead, in Room 1019 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60654, and then and there present **Defendants' Motion  to Compel the Attendance of Plaintiff, Steven Maril for Fair Examination at his Deposition**

Dated:  December 27, 2010
                                                    Respectfully submitted,

                                                   CATHY C. ANDERSON, AMY W. MYSEL
                                                   AND TRUE VALUE COMPANY

                                                   By:
                                                   _____s:/Thomas S. Bradley_____
                                                         One of their Attorneys

Thomas S. Bradley (06199054)
Jennifer A. Naber (06197465)
Joseph H. Yastrow (03122178)
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street, Suite 2800

Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)

## **CERTIFICATE OF SERVICE**

I certify that on December 27, 2010, I caused **Defendants' Amended Notice of Motion to Compel the Attendance of Plaintiff, Steven Maril for Fair Examination at his Deposition** in the above-captioned matter to be served on the party of record listed below via operation of this Court's Electronic Filing system to:

> David L. Lee
> Law Offices of David L. Lee
> 53 W. Jackson Blvd., Suite 660
> Chicago, IL  60604-3453

> S:/Thomas S. Bradley
> Thomas S. Bradley