## *In the United States District Court for the Northern District of Illinois Eastern Division*

| | |
|---|---|
| Steven Maril,<br><br>        plaintiff,<br><br>–v–<br><br>True Value Company, a Delaware corporation, Cathy C. Anderson, and Amy W. Mysel,<br><br>        defendants. | **2009 C 3050**<br>**2009 C 6161**<br>consolidated<br><br>Judge Feinerman<br>Magistrate Judge Mason<br><br>**Jury trial demanded** |

## Stipulation for Voluntary Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff and defendants, by their respective counsel, hereby stipulate this case be dismissed on the following terms:

1. This case is voluntarily dismissed without prejudice with leave to reinstate on or before July 14, 2011.

2. If a motion to reinstate is not filed on or before July 14, 2011, this case shall be deemed dismissed with prejudice without further order of the Court.

3. Each party shall bear its own attorney's fees and costs, except as otherwise agreed between the parties.

### *So Stipulated:*

| | |
|---|---|
| Steven Maril,<br>plaintiff, | True Value Company and Cathy C. Anderson,<br>defendants, |
| By:   s/David L. Lee<br>         David L. Lee<br>         ARDC #1604422<br>         LAW OFFICES OF DAVID L. LEE<br>         53 W. Jackson Blvd., Suite 505<br>         Chicago, IL  60604<br>         312-347-4400<br>         d-lee@davidleelaw.com | By:   s/Thomas S. Bradley<br>         Thomas S. Bradley<br>         ARDC #06199054<br>         LANER, MUCHIN, DOMBROW, BECKER, LEVIN<br>         515 N. State St., Suite 2800<br>         Chicago, IL 60654<br>         312-467-9800<br>         tbradley@lanermuchin.com |