### In the United States District Court
### for the Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Steven Maril,<br><br>            plaintiff,<br><br>–v–<br><br>True Value Company, a Delaware corporation,<br>Cathy C. Anderson, and Amy W. Mysel,<br><br>            defendants. | **2009 C 3050**<br>**2009 C 6161**<br>consolidated<br><br>Judge Feinerman<br>Magistrate Judge Mason<br><br>**Jury trial demanded** |

## Agreed Motion to Extend Time to File Motion to Reinstate

Plaintiff and defendants jointly move that the Orders of August 16, 2011

(#2009 C 3050, doc. #106 and #2009 C 6161, doc. #41) be amended such that if a

motion to reinstate is not filed on or before September 8, 2011, this case shall be deemed

dismissed with prejudice without further order of the Court.

Steven Maril,
plaintiff,

By:    /s/ David L. Lee
    David L. Lee
    ARDC #1604422
    LAW OFFICES OF DAVID L. LEE
    53 W. Jackson Blvd., Suite 505
    Chicago, IL 60604
    312-347-4400
    d-lee@davidleelaw.com

True Value Company and Cathy C. Anderson,
defendants,

By:    /s/ Thomas S. Bradley
    Thomas S. Bradley
    ARDC #06199054
    LANER, MUCHIN, DOMBROW, BECKER, LEVIN
    515 N. State St., Suite 2800
    Chicago, IL 60654
    312-467-9800
    tbradley@lanermuchin.com